IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE J. WILTSHIRE, ) | |
| ) | |
| Plaintiff, ) | 4:09CV3067 |
| ) | |
| v. ) | |
| ) | |
| SOCIAL SECURITY ) | ORDER |
| ADMINISTRATION, Michael Astrue, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     This matter is before the court on plaintiff's application to proceed in forma pauperis. Filing No. 2. The court has carefully reviewed the application and will deny the request. It is clear that plaintiff has no income and has not worked since July 2002. However, she lists a home owned jointly with her husband valued at $101,200, and she states that her husband is employed and his salary is their source of income. However, nowhere in the application does it state the amount of her husband's income. Accordingly, the court finds the plaintiff has failed to show she is entitled to in forma pauper is status.

     THEREFORE, IT IS ORDERED that plaintiff's motion to proceed in forma paupers, Filing No. 2, is denied.

     DATED this 30th day of March, 2009.

                                             BY THE COURT:

                                             s/ Joseph F. Bataillon
                                             Chief United States District Judge