# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

BONNIE J. WILTSHIRE,      )     Case. No.  4:09CV3067
                                  )
               Plaintiff,    )
      vs.                 )     **ORDER**
                                    )  **FOR SECOND EXTENSION**
MICHAEL J. ASTRUE,        )      **OF TIME**
COMMISSIONER OF THE SOCIAL   )
SECURITY ADMINISTRATION,    )
                                    )
               Defendant.    )

THIS MATTER is before the court on the Plaintiff's Motion for Extension of Time in which to file her initial brief.  This Motion is unopposed.

IT IS ORDERED:

The Plaintiff's Motion for Extension of Time in which to file Plaintiff's Initial Brief is granted. Plaintiff shall file her Initial Brief on or before September 8, 2009.

DATED this 1st day of September, 2009.

BY THE COURT:

s/ Joseph F. Bataillon          
United States District Judge

*C:\ss\cur\Wiltshire\federal\Motions\Order Ext2*