# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE J. WILTSHIRE,         ) | Case. No.  4:09CV3067 |
| )  | |
| Plaintiff,  ) | |
| vs.         ) | **ORDER** |
| )  | |
| MICHAEL J. ASTRUE,          ) | |
| COMMISSIONER OF THE SOCIAL  ) | |
| SECURITY ADMINISTRATION,    ) | |
| )  | |
| Defendant.  ) | |

THIS MATTER is before the court on the Plaintiff's motion for time to file a reply brief. Filing No. 23.  The Court finds the motion should be granted.

THEREFORE, IT IS ORDERED THAT plaintiff's motion to file a reply brief, Filing No. 23, is granted until December 23, 2009.

DATED this 30th day of November, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge