# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE J. WILTSHIRE, ) | Case. No.  4:09CV3067 |
| ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | **FOR EXTENSION** |
| MICHAEL J. ASTRUE, ) | **OF TIME** |
| COMMISSIONER OF THE SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the court on the Plaintiff's Motion for Extension of Time in which to file her reply brief. This Motion is unopposed.

IT IS ORDERED:

The Plaintiff's Motion for Extension of Time in which to file Plaintiff's Reply Brief is granted. Plaintiff shall file her Initial Brief on or before January 6, 2010.

DATED this 23rd day of December, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge